Opinion issued February 8, 2007.

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01093-CV






IN RE ANGELINE ANN HOWARD, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Angeline Ann Howard, challenges
the trial court's (1) setting and granting of her ex-husband's motion to modify, rendered
on October 20, 2006 and signed November 20, 2006. In addition, she complains that
the court abused its discretion by denying her the right to make an election as
provided by Tex. Fam. Code Ann. §153.312 (Vernon Supp. 2006). 

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Chief Justice Radack, Justice Jennings, and Justice Bland.

 

1. -